# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRADNEY E. YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE POLICE DEPARTMENT et al.,<br><br>　　　　Defendants. | Case No. 09-cv-00345-RSL<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

After careful consideration of Plaintiff's Application to Proceed in Forma Pauperis (Dkt. No. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's Application to Proceed In Forma Pauperis is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk is directed to send a copy of this Order to Plaintiff and to issue summonses to Plaintiff to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is his responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.

ORDER
PAGE - 1

1       (3)    The Clerk is further directed to send a copy of this order to the Honorable Robert S. Lasnik.

DATED this 24th day of March, 2009.

                          /s/ James P. Donohue
                          JAMES P. DONOHUE
                          United States Magistrate Judge

ORDER
PAGE - 2